

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER AND NOTICE OF INTENT TO DISMISS FOR WANT OF PROSECUTION

Appellate case name:        Vozarron, Inc. v. Harris County Appraisal District

Appellate case number:    01-16-00224-CV

Trial court case number:   2009-57592

Trial court:                164th District Court of Harris County

On May 23, 2016, appellant, Vozarron, Inc., filed an affidavit of indigence in this Court for the appellate filing and clerk's record fee purposes and stated, among other things, that the reporter's record is unnecessary. *See* TEX. R. APP. P. 37.3(c)(1). The Clerk of this Court requested that the trial clerk file an indigent clerk's record. On July 6, 2016, the indigent clerk's record was filed in this Court attaching, among other documents, the trial court's order, signed on June 21, 2016, sustaining the district clerk's contest to appellant's affidavit of indigence. *See* TEX. R. APP. P. 20.1(e)(1), (i)(4).

A party claiming indigence for appellate costs may seek review of a trial court's order sustaining a contest to its affidavit of indigence by filing a motion challenging the order, within 10 days of that order, in the appellate court. *See* TEX. R. APP. P. 20.1(j)(1), (2). Here, because appellant failed to timely file such a motion, the Clerk of this Court is directed to mark appellant not indigent for purposes of appellate costs. *See id.* 20.1(j)(2).

Accordingly, because appellant has not established indigence, it is **ORDERED** that appellant pay the filing fee and pay, or arrange to pay, the clerk's record fee to the trial clerk and file evidence with the Clerk of this Court of those payment arrangements **within 30 days** of the date of this order, **or this appeal may be dismissed without further notice**. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

It is so ORDERED.

Judge's signature: /s/ Laura Higley
                     <u>X</u>  Acting individually                ☐  Acting for the Court

Date: <u>July 14, 2016</u>